# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Dahl Compliance Consulting LLC | 12/15/2022 | 266546 | Check | $ 19,687.50 |
| Akorn Operating Company, LLC | Dahl Compliance Consulting LLC | 12/30/2022 | 266682 | Check | $ 31,831.25 |
| Akorn Operating Company, LLC | Dahl Compliance Consulting LLC | 2/8/2023 | 267111 | Check | $ 15,487.50 |
| | | | | | $ 67,006.25 |