IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>DAHL COMPLIANCE CONSULTING LLC,<br><br>Defendant. | Adv. Proc. No. 25-50126 (KBO)<br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Dahl Compliance Consulting LLC (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint"). [Adv. Docket No. 1].

2. This Court issued the summons to the Complaint on April 25, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint is May 26, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

4. The parties agree that Defendant shall have through and including June 23, 2025, to answer or otherwise plead to the Complaint.

Dated: May 13, 2025

| **Saul Ewing LLP** | **Shook, Hardy & Bacon L.L.P.** |
|---|---|
| /s/ *Paige N. Topper* <br> Evan T. Miller (DE Bar No. 5364) <br> Paige N. Topper (DE Bar No. 6470) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> evan.miller@saul.com <br> paige.topper@saul.com <br><br> *Counsel for Plaintiff* | /s/ *Anne C. Krache* <br> Mark Moedritzer <br> 190 Carondelet Plaza, Suite 1350 <br> St. Louis, MO 63105 <br> Telephone: (314) 690-0200 <br> mmoedritzer@shb.com <br><br> -and- <br><br> Delaney K. O'Neill <br> Citigroup Center <br> 201 S. Biscayne Blvd., Suite 3200 <br> Miami, FL 33131 <br> Telephone: (305) 358-5171 <br> doneill@shb.com <br><br> -and- <br><br> Anne C. Krache <br> One Federal Street, Suite 2620 <br> Boston, MA 02110 <br> Telephone: (617) 531-1411 <br> akrache@shb.com <br><br> *Counsel for Defendant* |